**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
*Western Division*
*Office of the Clerk*

*Robert R. Di Trolio, Clerk*
*242 Federal Building*
*167 N. Main Street*
*Memphis, Tennessee 38103*
*(901) 495-1200*

*Deputy-in-Charge*
*U.S. Courthouse, Room 262*
*111 South Highland Avenue*
*Jackson, Tennessee 38301*
*(731) 421-9200*

## NOTICE OF SETTING
**Before Judge Bernice B. Donald, United States District Judge**

February 24, 2003

RE:   99-20026-02-D
      USA v. Ethel Hughes                     ** ( *From 2-19-03*)

Dear Sir/Madam:

A **SUPERVISED RELEASE VIOLATION HEARING** has been **SET** in the above referenced matter before **Judge Bernice B. Donald on TUESDAY, JUNE 3, 2003 at 1:00 P.M. in Courtroom 3, 9th floor of the Federal Building, Memphis, Tennessee.**

As to defendant on bond, failure to appear without leave of court will result in a forfeiture of appearance bond and issuance of a warrant for arrest.

If you have any questions, please contact the case manager at the number provided below.

Sincerely,
ROBERT R. DI TROLIO, CLERK

BY: Linda Flagg
Linda Flagg, Case Manager
901-495-1238



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 71 in case 2:99-CR-20026 was distributed by fax, mail, or direct printing on February 24, 2003 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103

Ethel Hughes
2414 Buchanan St.
Nashville, TN 37208

Needum Louis Germany
FEDERAL PUBLIC DEFENDER'S OFFICE
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER'S OFFICE
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT